IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-654-GCM

| | |
|---|---|
| **TAIDOC TECHNOLOGY CORP.,** ) | |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING |
| ) | ADMISSION PRO HAC VICE |
| **OK BIOTECH CO., LTD.,** ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **KAO LU,** filed October 15, 2012 [doc.# 22].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Lu is admitted to appear before this court *pro hac vice* on behalf of plaintiff, TaiDoc Technology Corp..

**IT IS SO ORDERED.**

Signed: October 16, 2012

Graham C. Mullen
United States District Judge