| | | |
|---|---|---|
| TAIDOC TECHNOLOGY CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| OK BIOTECH CO., LTD. & JOHN DOES 1-5, | ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court upon reassignment of this case from the Honorable Graham C. Mullen, Senior Judge. Counsel for all parties are hereby directed to familiarize themselves with all standing orders of this Court, including, but not limited to, the Standing Order Governing Civil Case Management Before the Honorable Frank D. Whitney, Misc. No. 3:07-mc-46 (Doc. No. 2).

The Court notes that the Complaint in this case was filed on May 10, 2012 and no answer has been filed by Defendant OK Biotech, Co. (Defendant OK Biotech). Defendant OK BioTech has, however, filed a Motion to Dismiss based on Rules 9, 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure, as well as the doctrine of forum non conveniens. (Doc. No. 24). While filing this Motion to Dismiss tolls the time required for filing an answer, the Court observes that multiple extensions of time for filing an answer have already occurred in this case. As such, no further requests for such extensions will be granted by the Court if the Motion to Dismiss is denied.

Furthermore, the Court notes that Defendant OK Biotech's Motion has an attached Brief in Support of Motion to Dismiss. Not including its Certificate of Service, this document is twenty-four

(24) pages long. Although permissible under the Local Rules for the Western District of North Carolina, this length is well over this Court's word limit specified in the Standing Order Governing Civil Case Management. Furthermore, the Brief does not have the mandatory word court certification required by the Standing Order. Because the Brief was filed prior to this case being reassigned, the Court will not require Defendant OK BioTech to rewrite and refile it. Since Defendant OK BioTech is being permitted to proceed with its non-compliant Brief, Plaintiff Taidoc Technology Corporation may file a response of equal length. However, future compliance with the Court's standing orders, including word limit requirements, will be expected from all parties.

    IT IS SO ORDERED.

Signed: November 8, 2012

Frank D. Whitney
United States District Judge